STATE OF NEW JERSEY v. DWIGHT MASON.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID WILLIAMS.

June 21, 1988.

Petition for certification denied.

LORRETTA A. PICO v. STATE OF NEW JERSEY.

June 21, 1988.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Rochinsky v. State of New Jersey*, 110 *N.J.* 399 (1988).

Jurisdiction is not retained.   (See 223 *N.J.Super.* 446)

SEABOARD SURETY COMPANY v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF WARREN.

June 21, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 409)